UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: ) CHAPTER 13
   LINDA G. SMITH )
) CASE NO. 08-31748-DHW13
         Debtor(s). )

## RESPONSE TO OBJECTION TO CLAIM

Now Comes the Movant, GREEN TREE SERVICING L.L.C., a creditor herein, by its attorneys, Chambless Math ❖ Carr, P.C. and for its Response to the Objection to Claim, states as follows:

1. The debtor has filed an objection to the pre-arrears claim, Court Claim #4, of this creditor and to the insurance policy premium claim, Court Claim #5.

2. As this debtor's plan proposes to pay the entire debt thought the Chapter 13 trustee, Court Claim #4 is due to be stricken.

3. As the claim for the insurance policy premium are for charges incurred post-petition, Court Claim #5 should be allowed as secured in the amount filed.

WHEREFORE, Movant moves for an Order Overruling to the Objection to Claim, along with such further and other relief which the Court may deem proper.

                                  GREEN TREE SERVICING L.L.C.

                                  By: /s/ Kristen P. Abbott

Of Counsel:
Chambless Math ❖ Carr, P.C.
P.O. Box 230759
Montgomery, Alabama 36123-0759
334-272-2230

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served on all attorneys of record as set forth below by electronic notice and\or by depositing a copy thereof in the United States mail postage prepaid on November 10, 2008.

Curtis C. Reding
Chapter 13 Trustee
P.O. Box 173
Montgomery AL 36101

Paul D. Esco
Esco & Benson, LLC
547 South Lawerence Street
Montgomery AL 36104

LINDA G. SMITH
47 MOUNTAINVIEW DRIVE
GREENVILLE AL 36037

/s/ Kristen P. Abbott
Chambless Math ❖ Carr, P.C.